

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2022

No. 04-22-00676-CV

Robert **MUNOZ**,
Appellant

v.

**PORTOLIO RECOVERY ASSOCIATES, LLC**,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 2019CV04812
Honorable Melissa Vara, Judge Presiding

# O R D E R

To date, Appellant Robert Munoz has failed to pay the applicable filing fee in this appeal. Texas Rule of Appellate Procedure 5 provides,

A party who is not excused by statute or these rules from paying costs must pay— at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just.

TEX. R. APP. P. 5.

We, therefore, ORDER appellant, within ten (10) days of the date of this order, to either (1) pay the applicable filing fee in this appeal or (2) provide written proof to this court that he is excused by statute or these rules from paying the filing fee. *See* TEX. R. APP. P. 20.1. If appellant does not pay the applicable filing fee in this appeal or provide written proof to this court that he is excused from paying the filing fee by the date ordered, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2022.



MICHAEL A. CRUZ, Clerk of Court